**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

**IN RE:**

LUIS S PINEDA

**Debtor(s)**

**Chapter 13.**
**Case No.**
13-16950-MSH

# TRUSTEE'S REPORT AND ACCOUNT AND NOTICE OF DEADLINE FOR OBJECTIONS

**PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed the attached Report and Account with the Court. Any objection to the Report and Account must be filed with the United States Bankruptcy Court and a copy served upon the Chapter 13 Trustee within 30 days of the date of service. In the absence of a timely objection, the Court may approve the Report and Account without a hearing.**

**Carolyn A. Bankowski**
**Chapter 13 Trustee**

**By: /s/ Carolyn A. Bankowski**

**Office of the Chapter 13 Trustee**
**P.O. Box 8250**
**Boston, MA 02114-0033**
**(617) 723-1313**

## CERTIFICATE OF SERVICE

**The undersigned certifies that a copy of the within Trustee's Report and Account and Notice of Deadline for Objections was served upon the Debtor, Debtor's counsel of record and those parties listed on the attached mailing matrix by first-class mail, postage prepaid.**

**Dated : January 17, 2017**

**/s/ Carolyn A. Bankowski**
**Carolyn A. Bankowski, Esq**

# United States Bankruptcy Court

For The
Dist of Massachusetts, Boston Div

LUIS S PINEDA
65 FRANKFORT STREET
APT. 1
EAST BOSTON, MA 02128

Case No.: 13-16950-MSH
SS #1: XXX-XX-4430

## TRUSTEE REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 11 | 30 | 13 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 01 | 01 | 14 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 12 | 02 | 16 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors. $ 2,700.00

| DISBURSEMENTS TO CREDITORS<br>CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID<br>PRINCIPAL | AMOUNT PAID<br>INTEREST | BALANCE DUE OR DISCHARGE AMOUNT |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONA | 001 | Unsecured | 285.41 | 85.55 | 0.00 | 199.86 |
| LVNV FUNDING LLC | 002 | Unsecured | 4,833.31 | 1,465.39 | 0.00 | 3,367.92 |
| DSNB MACYS | 003 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC BANK | 004 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| HSBC BANK | 005 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| NSTAR ELECTRIC | 006 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS /CBNA | 007 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| THD.CBNA | 008 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON INC | 009 | Ignore | 0.00 | 0.00 | 0.00 | Not Filed |
| LUIS S PINEDA | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 5,118.72 | 0.00 | 0.00 | 5,118.72 | |
| PRINCIPAL PAID | 0.00 | 0.00 | 1,550.94 | 0.00 | 0.00 | 1,550.94 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.94 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| RICHARD D. SMELOFF, ESQ | 1,000.00 | 1,000.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES<br>CLERK'S CHARGES | ADDITIONAL CHARGES<br>.25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | | OTHER COSTS | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 149.06 | 0.00 | 0.00 | 149.06 |

The above captioned debtors(s) have fully complied with the payment obligations pursuant to the Order confirming the Plan. **For cases filed on or after October 17, 2005, the debtor(s) must file a Motion for Entry of Discharge in compliance with MLBR, Appendix 1, Section13-22 in order to be eligible for a Discharge pursuant to 11 U.S.C. Section 1328.** The Trustee will submit a statement to the Court at the time all checks have cleared at which time the Trustee will request a discharge of duties and that a Final Decree be entered at that time.

/s/Carolyn A. Bankowski

Carolyn A. Bankowski, Chapter 13 Trustee

1316950
LUIS S PINEDA
65 FRANKFORT STREET APT. 1 EAST BOSTON, MA 02128

1316950 9 799
RICHARD D. SMELOFF, ESQ
SMELOFF & ASSOCIATES 500 GRANITE AVE., SUITE 7 & 8 MILTON, MA 02186

1316950 3 001
DEPARTMENT STORES NATIONAL BANK/MAC
BANKRUPTCY PROCESSING P.O. BOX 8053 MASON, OH 45040

1316950 3 002
LVNV FUNDING LLC
RESURGENT CAPITAL SERVICE P.O. BOX 10587 GREENVILLE, SC 29603-0587