**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

In Re: Luis S. Pineda
Debtor,

Chapter: 13
Case No: 13−16950
Judge Melvin S. Hoffman

# NOTICE OF DISCHARGE REQUIREMENTS
## (Official Local Form 12 Motion for Discharge and Affidavit)

**NOTICE IS HEREBY GIVEN** that the Chapter 13 trustee has filed the Trustee's Final Report and Account in the above referenced case.

**THE DEBTOR(S) IS/ARE HEREBY ADVISED** that there are two prerequisites which the debtor(s) must fulfill prior to obtaining a discharge in this Chapter 13 case.

1. The debtor must file a Motion for Entry of Discharge (Official Local Form 12−Motion for Entry of Discharge and Affidavit[1]) in accordance with Rule 13−22 in Appendix 1 of this Court's local rules.

2. The debtor must complete a U.S. Trustee−approved financial management course and file Official Form 423[2] certifying that the course was completed, or a certificate from the financial management course provider stating that the debtor completed the required course. **IMPORTANT NOTE:** If joint debtors, separate certificates must be filed.

**NOTICE IS FURTHER GIVEN** that failure of the debtor(s) to do both 1 and 2 above **within 30 days of the date of this Notice** may result in the case being closed without entry of a discharge. Once a case is closed, a motion to reopen the case will be required and a reopening fee will be charged.

Date:1/19/17

By the Court,

James M. Lynch
Clerk, U.S. Bankruptcy Court

1. Copies of this form and other Local Forms are available from the Court's website at www.mab.uscourts.gov.

2. A copy of Official Form 423 is available from the U.S. Courts website at www.uscourts.gov.