Certificate Number: 03088-MA-DE-028729559

Bankruptcy Case Number: 13-16950

03088-MA-DE-028729559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2017, at 1:43 o'clock PM CST, Luis S Pineda completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: February 7, 2017

By: /s/Morgan L Quintana

Name: Morgan L Quintana

Title: Counselor