**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re

LUIS PINEDA

Debtor

Case No. 13-16950
Chapter 13

**MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

The debtor(s) hereby move(s) the Court for entry of discharge. The required affidavit(s) accompany/accompanies this motion.

***/s/ Richard D. Smeloff***
Counsel for Debtors Jose and Rose Mejias
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
BBO# 567869
(617) 690-2124
Richard@smeloff.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Luis Pineda

Debtor

Case No. 13-16950

Chapter 13

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Discharge, I, Luis Pineda, hereby certify as follows:

1. I have paid all domestic support obligations payable under any judicial or administrative order, or required by statute including:

   a. child support and spousal maintenance and alimony, that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

   b. any domestic support obligations that arose after the filing of the petition.

2. I have completed a financial management course pursuant to 11 U.S.C. § 1328(g)(1) and filed a certification of completion with the Court.

3. I have:

   a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. § 522(q)(1), or

   b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

4. I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: ______

Signed: [signature] Printed Name: Luis Pineda

Address: 65 Frankfort St #1 East Boston, MA 02128

Telephone Number: 617 4708919

## CERTIFICATE OF SERVICE

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy first class mail, postage pre paid of the within Motion to the attached distribution service list.

/s/ Richard D. Smeloff, Esq.

Richard D. Smeloff, Esq.

Label Matrix for local noticing
0101-1
Case 13-16950
District of Massachusetts
Boston
Fri Feb 10 10:28:24 EST 2017

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

Department Stores National Bank/Macy's
Bankruptcy Processing
Po Box 8053
Mason, OH 45040-8053

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

General Electric Capital
901 Main Ave
Norwalk, CT 06851-1168

Hsbc/Bank
P.O Box 30253
Salt Lake City, UT 84130-0253

Hsbc/Bsbuy
P.O Box 30253
Salt Lake City, UT 84130-0253

LVNV Funding, LLC its successors and assigns
assignee of GE Money Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lvnv Funding
C/O Cohen & Associates, P.C
10 Federal Street, Suite 12
Salem, MA 01970-3875

Lvnv Funding Llc
P.O Box 74021
Houston, TX 74274

(p)NSTAR GAS COMPANY AND NSTAR ELECTRIC COMPA
ATTN LEGAL COLLECTIONS
1 NSTAR WAY NW 220
WESTWOOD MA 02090-2341

Sears/Cbna
P.O Box 6282
Sioux Falls, SD 57117-6282

Thd/Cbna
P.O Box 6497
Sioux Falls, SD 57117-6497

Verizon Inc.
Po Box 3427
Bloomington, IL 61702-3427

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114-0950

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3901

Luis S. Pineda
65 Frankfort Street
Apt. 1
East Boston, MA 02128-3197

Richard D. Smeloff
Smeloff & Associates
500 Granite Avenue
Suites 7 & 8
Milton, MA 02186-5626

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nstar Electric
1 Nstar Way
Westwood, MA 02090

End of Label Matrix
Mailable recipients 17
Bypassed recipients 0
Total 17